## In the Matter of Daniel V. Presnick

The respondent Daniel V. Presnick's petition for certification for appeal from the Appellate Court, 19 Conn. App. 340, is denied.

*Daniel V. Presnick,* in support of the petition.

October 25, 1989

## Glenn M. Gold *v.* University of Bridgeport School of Law et al.

The plaintiff's petition for certification for appeal from the Appellate Court, 19 Conn. App. 379, is denied.

*Max F. Brunswick,* in support of the petition.

*Richard L. Albrecht,* in opposition.

Decided October 25, 1989

## State of Connecticut *v.* Thomas Darby

The defendant's petition for certification for appeal from the Appellate Court, 19 Conn. App. 445, is denied.

*John R. Williams,* in support of the petition.

*Carolyn K. Longstreth,* assistant state's attorney, in opposition.

Decided October 25, 1989

## Larry E. Chace *v.* George D. Bronson, Warden

The plaintiff's petition for certification for appeal from the Appellate Court, 19 Conn. App. 674, is denied.

*John R. Williams,* in support of the petition.

*Susan C. Marks,* assistant state's attorney, in opposition.

Decided October 25, 1989